UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:16CR541AGF(SPM) |
| ) | |
| JUSTIN WOODSON,[1] ) | |
| TYRONE L. WILLIAMS, ) | |
| TERRY T. WILLIAMS, and ) | |
| HAROLD WILLIAMS, ) | |
| ) | |
| Defendants. | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING GOVERNMENT'S MOTION TO DISMISS COUNTS**

This matter is before the Court on the motions of Defendants Justin Woodson,[1] Tyrone L. Williams, Terry T. Williams, and Harold Williams to Suppress Title III Wire Intercept Electronic Surveillance Evidence, Justin Woodson's Supplemental Motion to Suppress Other Electronic Surveillance Evidence, and Tyrone Williams' Supplemental Motion to Suppress Other Electronic Surveillance Evidence. Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Shirley Padmore Mensah.

An evidentiary hearing was held on May 30, 2018, at which several law enforcement officers testified. Following the hearing, the parties were permitted to

---

[1] Defendant Justin Woodson already entered a plea of guilty to certain of the charges.

file post-hearing briefs, including a joint sur-reply brief filed by Defendants. On November 21, 2018, Magistrate Judge Mensah filed a Report and Recommendation [Doc. No. 639], recommending that the various motions to suppress electronic surveillance evidence be denied. None of the Defendants filed objections to the Report and Recommendation, and the time to do so has passed.

After careful consideration of the record, and in light of Defendants' failure to file objections, the Court will adopt and sustain the thorough reasoning of the Magistrate Judge set forth in support of her Report and Recommendation issued on November 21, 2018.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [Doc. No. 639] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendants' Joint Motion to Suppress Title III Wire Intercept Electronic Surveillance Evidence (Doc. 323) be **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Justin Woodson's Supplemental Motion to Suppress Other Electronic Surveillance Evidence (Doc. Nos. 322 & 410) be **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Tyrone Williams'

Supplemental Motion to Suppress Other Electronic Surveillance Evidence (Doc. Nos. 324 & 417) be **DENIED**.

**IT IS FURTHER ORDERED** that the Motion of the United States to Dismiss Counts XX, XXI and XXII of the Indictment as to Justin Woodson (Doc. No. 346), and Count VII of the Indictment as to Tyrone Williams (Doc. No. 354), pursuant to Fed. R. Crim. P. 48(a), is **GRANTED**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 31st day of January, 2019.